No. 72–5139.  HERRMANN *v.* UNITED STATES.  C. A. 9th Cir.  Petition for writ of certiorari dismissed August 28, 1972, under Rule 60 of the Rules of this Court.

No. 72–5051.  BETHEA ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Petition for writ of certiorari dismissed as to petitioner Brunson, August 30, 1972, under Rule 60 of the Rules of this Court.

No. 71–771.  LAZARD FRERES & Co. ET AL. *v.* ROSENFELD ET AL.  C. A. 2d Cir.  Petition for writ of certiorari dismissed September 1, 1972, under Rule 60 of the Rules of this Court.

No. 71–6747.  IN RE KNIGHT.  C. A. 1st Cir.  Petition for writ of certiorari dismissed September 1, 1972, under Rule 60 of the Rules of this Court.

No. 71–553.  THORNTON ET AL. *v.* PRICHARD ET AL.  Appeal from D. C. E. D. Va. dismissed September 18, 1972, under Rule 60 of the Rules of this Court.  [Probable jurisdiction noted, 405 U. S. 1063.]

No. 72–5092.  HARVELL *v.* UNITED STATES.  C. A. 7th Cir.  Petition for writ of certiorari dismissed September 18, 1972, under Rule 60 of the Rules of this Court.